FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 0 5 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> vs. <br> 1. Marcos Balderas Millan, <br>    (Counts 1 – 4) <br> 2. Noe Mendoza, <br>    (Counts 3 – 4) <br> Defendants. | No.  CR-21-00808-PHX-DLR (JZB) <br><br> **INDICTMENT** <br><br> VIO: 18 U.S.C. § 554(a) <br> (Smuggling Goods from the United States) <br> Counts 1 - 4 <br><br> 18 U.S.C. §§ 924(d) and 981, <br> 21 U.S.C. §§ 853 and 881; and <br> 28 U.S.C. § 2461(c) <br> (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about December 30, 2019, in the District of Arizona, Defendant MARCOS BALDERAS MILLAN, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: S&W .380 Pistol, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2;

Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about February 6, 2020, in the District of Arizona, Defendant MARCOS BALDERAS MILLAN, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: Braztech 22LR Rifle, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 3

On or about March 14, 2020, in the District of Arizona, Defendants MARCOS BALDERAS MILLAN and NOE MENDOZA, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 100 rounds of .50 Caliber Ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 4

On or about March 25, 2020, in the District of Arizona, Defendants MARCOS BALDERAS MILLAN and NOE MENDOZA, knowingly and fraudulently attempted to export and send from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 300 rounds of .50 Caliber Ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 4 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 - 4 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

      (1) cannot be located upon the exercise of due diligence,

      (2) has been transferred or sold to, or deposited with, a third party,

      (3) has been placed beyond the jurisdiction of the court,

      (4) has been substantially diminished in value, or

      (5) has been commingled with other property which cannot be divided

without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 5, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
ADDISON SANTOME
Assistant U.S. Attorney